FILED

2020 MAR 11 PM 12: 25

U.S. DISTRICT COURT CLERK
NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | (Four Counts) |
| | ) | |
| v. | ) | Case No. 3:20-cr- 28 JD |
| | ) | |
| ARMAND WHITE (01) | ) | 18 U.S.C. § 2 |
| CRYSTAL EGAN (02) | ) | 18 U.S.C. § 1951 |
| JOSHUA GANT (03), and | ) | 18 U.S.C. § 2113(a) |
| DANIEL SCOTT (04) | ) | 18 U.S.C. § 924(c)(1)(A) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about November 18, 2019, in the Northern District of Indiana, **ARMAND WHITE (01), CRYSTAL EGAN (02), and JOSHUA GANT (03),** defendants herein, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain United States Currency belonging to Low Bob's Discount Tobacco, 2426 Lincoln Way West, Mishawaka, from the person of T.G., an employee of Low Bob's Discount Tobacco, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the person of T.G.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about November 18, 2019, in the Northern District of Indiana, **ARMAND WHITE (01), CRYSTAL EGAN (02), and JOSHUA GANT (03),** defendants herein, did knowingly brandish and use one or more firearms, that is, a black handgun and a grey handgun, during and in relation to a crime of violence for which he or she may be prosecuted in a court of the United States, namely the crime of robbery, in violation of Title 18, United States Code, Section 1951 as alleged in Count 1 above.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about November 20, 2019, in the Northern District of Indiana, **ARMAND WHITE (01), CRYSTAL EGAN (02), and DANIEL SCOTT (04),** defendants herein, by force, violence and intimidation, did take from the person or presence of another, money, namely $6,427.00 in United States currency, belonging to and in the care, custody, control, management, and possession of the Community Wide Federal Credit Union, East Ireland Road, South Bend, a bank whose deposits were then insured by the National Credit Union Administration Board.

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 4

On or about November 20, 2019, in the Northern District of Indiana, **ARMAND WHITE (01), CRYSTAL EGAN (02), and DANIEL SCOTT (04),** defendants herein, did knowingly brandish and use one or more firearms, that is, a silver pistol and a silver handgun with black handgrips, during and in relation to a crime of violence for which he or she may be prosecuted in a court of the United States, namely the crime of bank robbery, in violation of Title 18, United States Code, Section 2113(a) as alleged in Count 3 above.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 4 of this Indictment are hereby re-alleged for the purpose of alleging forfeiture. Upon conviction of either of the offenses in Counts 2 or 4 of this Indictment, defendants **ARMAND WHITE (01), CRYSTAL EGAN (02), JOSHUA GANT (03), and DANIEL SCOTT (04)** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any and all firearms and ammunition involved in the commission of the offense(s).

Dated: March 11, 2020

A TRUE BILL:

*s/ Grand Jury Foreperson*
_____
Grand Jury Foreperson

APPROVED BY:

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: *s/ Kimberly L. Schultz*
_____
Kimberly L. Schultz
Assistant United States Attorney

5